TO: THE U.S DISTRICT COURT CLERK

FROM: MR. JIMMIE LEWIS

ENCLOSED ARE (3) FORMA PARIPERIS'S TO GO IN ACCORDANCE TO THE COURT ORDER I RECEIVED DATED; FEB 22, 2005.

(1) 05-013 GMS

(2) 05-051 GMS

(3) 05-052 GMS

DATE: 3/9/05

*Jimmie Lewis*
JIMMIE LEWIS
SBI # 506622
H.R.Y.C.I
P.O BOX 9561
WILM, DE 19809

FILED
MAR 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE