(Rev. 4/97)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

JIMMIE LEWIS
_____
Plaintiff

v.

FIRST CORR. MEDICAL, ET AL.
_____
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05-052-GMS

FILED MAR 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, JIMMIE LEWIS _____ declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant    ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration H.R.Y.C.I., P.O. BOX 9561, WILM, DE 19809

   Are you employed at the institution? NO  Do you receive any payment from the institution? NO
   *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   11/14/02, DOWNTOWN DISTRICT SANITATION, $250.00 WK, 340 RAYMOND BLVD, NEWARK, NJ 07102

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?    ☐ Yes   ☒ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   NONE

   I declare under penalty of perjury that the above information is true and correct.

   3/8/05                    Jimmie Lew's
   DATE                      SIGNATURE OF APPLICANT

---

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 16.76 on account his/her credit at (name of institution) Howard R. Young Correctional Institution.

I further certify that the applicant has the following securities to his/her credit:

N/A

I further certify that during the past six months the applicant's average monthly balance was $ 23.98

and the average monthly deposits were $ 30.00.

3/11/05                   Pricilla R Farr
Date                      SIGNATURE OF AUTHORIZED OFFICER

(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)

```
RESIDENT HISTORY REPORT                                              Page 1 of 1

HRYCI
03/11/05 14:32
ST 007 / OPR KJG

SBI              : 506622
Resident Name    : LEWIS, JIMMY
Time Frame       : 06/25/2004 12:48 - 03/11/2005 14:32

---------------------------------------------------------------------------------
Date        Time    Type            ST   OPR    Receipt #      Amount      Balance
---------------------------------------------------------------------------------

06/25/2004  12:48   Reopen          5    WD     E2855            1.50        1.50
07/07/2004  06:52   Order           2    IM     B23665           1.36        0.14
07/12/2004  15:10   Add             6    PLF    F4716           39.71       39.85
07/14/2004  09:23   Order           2    DDT    B24914          21.21       18.64
07/19/2004  12:00   Add             4    CK     D9846           50.00       68.64
07/20/2004  08:51   Order           2    DDT    B25494          14.58       54.06
07/26/2004  13:03   Add             4    CK     D10189          30.00       84.06
07/27/2004  13:05   Order           2    IM     B26422          22.16       61.90
08/04/2004  08:15   Order           2    WLH    B27502          23.36       38.54
08/09/2004  12:28   Add             4    CK     D10924          40.00       78.54
08/10/2004  08:06   Order           2    DDT    B28073          24.75       53.79
08/12/2004  10:26   Order           9    WAC    I149             2.20       51.59
08/17/2004  08:39   Order           2    DDT    B29081          28.63       22.96
08/18/2004  11:38   Rec Payment     7    PLF    G2806            5.75       17.21
08/18/2004  14:43   Order           2    DDT    B29432           2.30       14.91
08/19/2004  12:38   Add             4    CK     D11404          20.00       34.91
08/23/2004  09:26   Add             8    RP     H5616           25.00       59.91
08/25/2004  07:55   Order           2    DDT    B30311          18.48       41.43
09/01/2004  08:07   Order           2    IM     B30951          25.28       16.15
09/15/2004  08:28   Order           2    IM     B32918          16.00        0.15
09/17/2004  12:56   Add             4    SED    D12896          25.00       25.15
09/21/2004  13:19   Order           2    IM     B33682          22.17        2.98
09/22/2004  13:23   Add             4    SED    D13102          25.00       27.98
09/29/2004  08:33   Order           2    DDT    B34761          14.70       13.28
09/30/2004  13:59   Credit          9    IM     I559             2.76       16.04
09/30/2004  14:04   Order           9    IM     I561             3.70       12.34
10/06/2004  08:33   Order           2    DDT    B35533           7.82        4.52
10/13/2004  09:49   Order           2    DDT    B36466           4.41        0.11
10/20/2004  10:41   Add             4    SED    D14514          25.00       25.11
10/26/2004  09:04   Order           2    DDT    B38042          21.52        3.59
10/27/2004  09:22   Credit          2    WAC    B38319          21.52       25.11
10/28/2004  18:31   Rec Payment     7    PLF    G3722           14.33       10.78
11/02/2004  08:36   Order           2    WAC    B38956          10.59        0.19
11/03/2004  14:16   Credit          9    IM     I903            10.59       10.78
11/03/2004  14:19   Order           9    IM     I904            10.59        0.19
11/05/2004  09:24   Add             8    RP     H7396           25.00       25.19
11/08/2004  13:02   Add             4    CK     D15398          30.00       55.19
11/23/2004  08:17   Order           2    DDT    B41541          32.74       22.45
11/24/2004  15:36   Rec Payment     7    PLF    G4070           19.13        3.32
11/30/2004  11:41   Order           2    WLH    B42407           3.10        0.22
12/02/2004  10:29   Rec Pymnt-Rev   7    kjg    G4112           14.33       14.55
12/07/2004  08:05   Order           2    WLH    B43112          14.51        0.04
12/09/2004  09:38   Credit          2    DDT    B43459          14.51       14.55
12/09/2004  11:30   Rec Payment     7    kjg    G4129            5.76        8.79
12/17/2004  11:20   Withdrawal      6    PLF    F8176            8.49        0.30
12/17/2004  11:31   Add             4    SED    D17465          50.00       50.30
12/30/2004  11:24   Rec Payment     7    kjg    G4196            1.20       49.10
01/06/2005  12:09   Withdrawal      6    PLF    F8432            8.49       40.61
01/13/2005  14:53   Withdrawal      6    PLF    F8659            9.37       31.24
01/26/2005  11:24   Rec Payment     7    kjg    G4252           20.69       10.55
01/26/2005  11:43   Rec Payment     7    kjg    G4253            0.37       10.18
02/10/2005  10:15   Rec Payment     7    kjg    G4287            5.80        4.38
02/28/2005  10:57   Add             4    SED    D21294          50.00       54.38
03/01/2005  08:52   Rec Payment     7    kjg    G4600           18.83       35.55
03/10/2005  05:53   Order           2    DDT    B55041          19.29       16.26
03/11/2005  08:48   Credit          3    WLH    C6329            0.50       16.76
```