IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
APR 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-052-GMS |
| | ) |
| FIRST CORRECTIONAL MEDICAL | ) |
| AND STAFF, GEORGIA SUTTON, | ) |
| STANLEY TAYLOR AND STAFF, | ) |
| and RAPHAEL WILLIAMS AND | ) |
| STAFF, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Jimmie Lewis, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $6.00 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _April 19_, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _4-21-05_____, 2005.

_Jimmie Lewis_ (signature)
Jimmie Lewis

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-013-GMS |
| | ) |
| RAPHEL WILLIAMS, STANLEY | ) |
| TAYLOR AND STAFF, and FIRST | ) |
| CORRECTIONAL MEDICAL AND | ) |
| STAFF, | ) |
| | ) |
| | ) |
| Defendants. | ) |

FILED APR 25 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Jimmie Lewis, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $6.00 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated April 19, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 4-21-05 , 2005.

Jimmie Lewis





OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCK BOX 18
WILMINGTON, DELAWARE 19801

JIMMIE LEWIS
SBI# S066??? D-11-U
DE. COR.??ENTER
1181 PADDOCK RD
SMYRNA, DE 19977