IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

  PLAINTIFF,

V.                                        CIV A NO. 05-052 GMS

FIRST CORRECTIONAL MEDICAL,

ET AL.

AFFIDAVIT IN SUPPORT OF
MOTION TO COMPEL DISCOVERY

STATE OF DELAWARE

COUNTY OF NEW CASTLE


FILED
APR 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    I JIMMIE LEWIS, BEING DULY SWORN, DEPOSES AND SAYS:

1.) I AM THE PLAINTIFF IN THIS CASE. I MAKE THIS AFFIDAVIT IN SUPPORT OF MY MOTION TO COMPEL DISCOVERY

2.) ON OR ABOUT THE 15TH OF FEBRUARY, 2005 I REQUESTED TO RECEIVE A COPY OF MY MEDICAL RECORDS. THE DEFENDANT(S) DENIED MY REQUEST, STATING DELAWARE LAW PROHIBITS ME FROM RECEIVING A COPY OF MY MEDICAL RECORDS WITHOUT A COURT ORDER, SEE ATTACHED EXIBIT.

WHEREFOR, THE PLAINTIFF HEREBY CERTIFIES THAT THE ABOVE LISTED DOCUMENTS ARE VITAL TO THE SEARCH FOR TRUTH IN THIS CASE.

THE PLAINTIFF HEREBY REQUEST THAT THE COURT GRANT THIS MOTION IN ALL RESPECTS SUBMITTED HEREIN: NOTE THE PLAINTIFF REQUEST THAT ALL PRESCRIPTIONS, ADMITTANCES AND DISCHARGES TO AND FROM THE INFIRMARY BE SUBMITTED IN LEGABLE ENGLISH, PURSUANT TO RULES 34(b), AND 37(a), FED. R. CIV. P.



Signed and sworn to (or affirmed) before me this 10 of Mar, 2005

Signature of Notary Public, ST of DE



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

TO:      Jimmie Lewis, 506602
         1E Pod

FROM:    Warden Raphael Williams

DATE:    February 15, 2005

SUBJ:    **YOUR RECENT CORRESPONDENCE**

    *Delaware law prohibits you from receiving a copy of your medical records absent of a court order.*

RW:adc

**DISTRIBUTION**

File

Jimmie Lewis
SBI# 506622
H.R.Y.C.I
P.O Box 9561
Wilm, DE 19809

05-52

#4 OF 4

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801