TO: The Honorable Judge Gregory M. Sleet

From: Mr. Jimmie Lewis

Your honor, I am the plaintiff who filed CIV A. NO. 05-013 GMS, 05-051 GMS, & 05-052 GMS, for which you ordered me to pay the initial filing fee of $6.00 for each complaint.

The dilemma is that I have sent several notations, pay to's to cover the fee, along with addressed envelopes to the business dept here at the Delaware Correctional Center, but to no avail. I have filed grievances, but to no avail nor response from the grievance's at all.

I'm writing because I have the initial filing fee's within my account, but I am unable to send the funds. I hereby bring this to the courts attention, in hopes that the court can notify the business dept here at D.C.C before the case's are dismissed.

DATE: 5-8-05

Jimmie Lewis
SBI # 506622
D.C.C
S.H.U 19, D-11-U
1181 PADDOCK RD
SMYRNA, DE 19977



IM Jimmie Lewis
SBI# 506000 UNIT D-11-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S DISTRICT COURT
J. CALEB BOGGS FED BUILD
844. N. KING STREET
WILMINGTON, DELAWARE
19801