IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-052-GMS |
| | ) | |
| FIRST CORRECTIONAL MEDICAL AND STAFF, GEORGIA SUTTON, STANLEY TAYLOR AND STAFF, and RAPHAEL WILLIAMS AND STAFF, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

FILED
JUN 1 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WHEREAS, the plaintiff is a prisoner incarcerated at the Delaware Correctional Center, in Smyrna, Delaware, and on January 11, 2005, the plaintiff filed a complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on May 16, 2005, the Court received the plaintiff's letter motion for an extension of time to file the authorization form (D.I. 13);

THEREFORE, at Wilmington this 13th day of June, 2005, IT IS ORDERED that the plaintiff's request is GRANTED. The plaintiff shall file the authorization form within thirty (30) days from the date this order is sent. If the plaintiff fails

file the authorization form in the time provided, then the Court shall dismiss the action without prejudice.

_____
United States District Judge