IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.

FIRST CORRECTIONAL MEDICAL, ET AL

CA. NO. 05-052 (GMS)

RE: REQUEST FOR DOCKET SHEET

I AM THE PLAINTIFF IN THE ABOVE CAPTIONED CASE PRESENTLY PENDING, DUE TO MY INDIGENT ECONOMIC STATUS I AM UNABLE TO SEND A CHECK TO COVER THE $.50 PER SHEET FEE FOR A DOCKET SHEET. I AM IN NEED OF THE DOCKET SHEET, IN ORDER TO BE INFORMED OF MY CASES STATUS. I HEREBY REQUEST FOR A FULL AND COMPLETE DOCKET SHEET TO BE SENT TO ME, AND THAT THE COST BC IN ACCORDANCE TO MY INFORMA PAUPERIS MOTION.

DATE: 11/16/05

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977