IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-013-GMS |
| | ) | |
| WARDEN RAFAEL WILLIAMS, | ) | |
| DEPARTMENT OF CORRECTION | ) | |
| COMMISSIONER STANLEY | ) | |
| TAYLOR, JR. and STAFF, FIRST | ) | |
| CORRECTIONAL MEDICAL and | ) | |
| STAFF, CAPT. D. BAMFORD, | ) | |
| CAPT. EMIG, CAPT. P. PARKER, | ) | |
| MAJOR DAVE WILLIAMS, | ) | |
| CAPT. JEFFERSON, INTERNAL | ) | |
| AFFAIRS, LT. JOSEPH SABATO, | ) | |
| LT. SHEETS, LT. S. FARMER, | ) | |
| LT. MITCHEL, LT. CHUDZIG, | ) | |
| SGT. M. MOODY, SGT. FRED WAY, | ) | |
| SGT. C. RICHARDS, SGT. MEDFORD, | ) | |
| SGT. LEWIS, SGT. KENNEDY, | ) | |
| CORPORAL A. GOINS, CORPORAL | ) | |
| A. DAVIS, CORPORAL HARRIFORD, | ) | |
| CORPORAL CHAPEL, CORPORAL | ) | |
| CUMBERBACK, C/O PRESLEY, | ) | |
| C/O C. JOHNSON, C/O TALENTI, | ) | |
| C/O MARK BLUE, C/O MS. NEWMAN, | ) | |
| C/O D. CARLOCK, C/O B. APA, | ) | |
| C/O V. WILLIAMS, C/O CANON, | ) | |
| C/O G. INCE, C/O SOUL, C/O A. | ) | |
| ARMSTRONG, C/O GASSNER, | ) | |
| C/O D. YOUNG, C/O MACK RENOLDS, | ) | |
| C/O NANNETT BORDLEY, | ) | |
| C/O WAYMAN, C/O MASE, | ) | |
| C/O TAMIKO CHAFFER, | ) | |
| C/O RODRIGUEZ, C/O HARDGRAVE, | ) | |
| LT. POLK, and MICHAEL KNIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-051-GMS |
| | ) | |
| DEPARTMENT OF CORRECTION COMMISSIONER STANLEY TAYLOR, JR., WARDEN RAFAEL WILLIAMS and STAFF, FIRST CORRECTIONAL MEDICAL and STAFF, INTERNAL AFFAIRS SUPERVISOR, MAJOR DAVE WILLIAMS, DR. BOSTON, THOMAS CARROLL, BETTY BURRIS, and EVELYN STEVEN, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-052-GMS |
| | ) | |
| FIRST CORRECTIONAL MEDICAL and STAFF, GEORGIA SUTTON, DEPARTMENT OF CORRECTION COMMISSIONER STANLEY TAYLOR, JR. and STAFF, WARDEN RAFAEL WILLIAMS and STAFF, DR. ALI, DR. BOSTON, DR. JOSHI, MR. FISH, DEBRA MUSKARELI, NURSE INNA, DIANNE HERNANDEZ, NURSE K. JOHNSON, and COLLEN BELL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, plaintiff Jimmie Lewis ("Lewis"), SBI #506622, a prisoner incarcerated at Delaware Correctional Center, Smyrna, Delaware, initiated three separate lawsuits pursuant to 42 U.S.C. § 1983 as captioned above. Plaintiff is *pro se* and was granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, the allegations in the complaints and amended complaints in Civil Case Nos. 05-013-GMS, 05-051-GMS and 05-052-GMS are identical. Lewis has merely changed the names of the defendants.

WHEREAS, Federal Rule of Civil Procedure 42 provides for consolidation "[w]hen actions involv[e] a common question of law or fact. . .to avoid unnecessary costs or delay." Fed. R. Civ. P. 42(a). "District courts have the inherent authority to order consolidation *sua sponte*." *Plimpton v. Cooper*, 141 F.Supp.2d 573, 575 (W.D. N.C. 2001)(citing *Pickle v. Char Lee Seafood, Inc.*, 174 F.3d 444 (4th Cir. 1999)). The complaints concern common questions of law and fact.

THEREFORE, at Wilmington this 20th day of December 2005, IT IS ORDERED that:

1. Civil Case Nos. 05-013-GMS, 05-051-GMS and 05-052-GMS are CONSOLIDATED for all purposes.

2. The caption of the Consolidated Action is as follows:

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSOLIDATED |
| v. | ) | Civil Action No. 05-013-GMS |
| | ) | Civil Action No. 05-051-GMS |
| WARDEN RAFAEL WILLIAMS, | ) | Civil Action No. 05-052-GMS |
| DEPARTMENT OF CORRECTION | ) | |
| COMMISSIONER STANLEY | ) | |
| TAYLOR, JR., FIRST CORRECTIONAL | ) | |
| MEDICAL STAFF, CAPT. D. BAMFORD, | ) | |
| CAPT. EMIG, CAPT. P. PARKER, | ) | |
| MAJOR DAVE WILLIAMS, | ) | |
| CAPT. JEFFERSON, INTERNAL | ) | |
| AFFAIRS, LT. JOSEPH SABATO, | ) | |
| LT. SHEETS, LT. S. FARMER, | ) | |
| LT. MITCHEL, LT. CHUDZIG, | ) | |
| SGT. M. MOODY, SGT. FRED WAY, | ) | |
| SGT. C. RICHARDS, SGT. MEDFORD, | ) | |
| SGT. LEWIS, SGT. KENNEDY, | ) | |
| CORPORAL A. GOINS, CORPORAL | ) | |
| A. DAVIS, CORPORAL HARRIFORD, | ) | |
| CORPORAL CHAPEL, CORPORAL | ) | |
| CUMBERBACK, C/O PRESLEY, | ) | |
| C/O C. JOHNSON, C/O TALENTI, | ) | |
| C/O MARK BLUE, C/O MS. NEWMAN, | ) | |
| C/O D. CARLOCK, C/O B. APA, | ) | |
| C/O V. WILLIAMS, C/O CANON, | ) | |
| C/O G. INCE, C/O SOUL, C/O A. | ) | |
| ARMSTRONG, C/O GASSNER, | ) | |
| C/O D. YOUNG, C/O MACK RENOLDS, | ) | |
| C/O NANNETT BORDLEY, | ) | |
| C/O WAYMAN, C/O MASE, | ) | |
| C/O TAMIKO CHAFFER, | ) | |
| C/O RODRIGUEZ, C/O HARDGRAVE, | ) | |
| LT. POLK, MICHAEL KNIGHT, | ) | |
| INTERNAL AFFAIRS SUPERVISOR, | ) | |
| DR. BOSTON, THOMAS CARROLL, | ) | |
| BETTY BURRIS, EVELYN STEVEN, | ) | |
| GEORGIA SUTTON, DR. ALI, DR. JOSHI, | ) | |
| MR. FISH, DEBRA MUSKARELI, | ) | |
| NURSE INNA, DIANNE HERNANDEZ, | ) | |
| NURSE K. JOHNSON, and COLLEN BELL, | ) | |
| | ) | |
| Defendants. | ) | |

3.  The complaint filed in Civil Action No. 05-013-GMS is deemed the operative complaint in the Consolidated Action.

4.  All documents previously filed to date in the cases consolidated herein are deemed filed and are part of the record in the Consolidated Action.

5.  Hereafter, court pleadings and documents shall filed **only** in Civil Action No. 05-013-GMS. The Court will not accept pleadings filed in 05-051-GMS and 05-052-GMS.

_____
United States District Judge